Sammie C. SWINGER, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7033.

United States Court of Appeals,
Federal Circuit.

Oct. 27, 2004.

ORDER

Pursuant to the Court's letter dated
September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

Donald R. JONES,Jr., Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7032.

United States Court of Appeals,
Federal Circuit.

Oct. 27, 2004.

ORDER

Pursuant to the Court's letter dated
September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

ALZ N.V., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant,

and

Zanesville Armco Independent Organi-
zation, United Steelworkers of Amer-
ica, Butler Armco Independent Union,
AK Steel Corporation, and Allegheny
Ludlum Corporation, Defendants.

No. 04–1468.

United States Court of Appeals,
Federal Circuit.

Oct. 28, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).